FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
Jan 31, 2020
SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NOELLE C. JAMES, individually and as Attorney in Fact for THEADA MARIE GIBBINS, an Incapacitated Person, KENNETH W. GIBBINS, PAMELA JONES, MERRY ANNE NORDBERG, and KIM BAILEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Defendants. | No. 1:15-CV-03186-SAB<br><br>**ORDER OF DISMISSAL** |

    Before the Court is the parties' Stipulation for Entry of Order of Dismissal, ECF No. 36. The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney's fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

    Accordingly, **IT IS HEREBY ORDERED:**

    1. The parties' Stipulation for Entry of Order of Dismissal, ECF No. 36, is **ACCEPTED and ENTERED into the record.**

    2. This matter is **DISMISSED with prejudice** and without costs or attorney's fees to any party.

**ORDER OF DISMISSAL** \* 1

3. Any pending motions are **dismissed as moot**.

4. The trial date and any remaining pretrial deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** this file.

**DATED** this 31st day of January 2020.



*Stanley A. Bastian*
Stanley A. Bastian
United States District Judge

**ORDER OF DISMISSAL** \* 2